```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                                   :      19 CR 00411 (RA)-2
UNITED STATES OF AMERICA,                          :
                                                   :             ORDER
                -v-                                :
                                                   :
                                                   :
GURJEET SINGH,                                     :
                                                   :
                         Defendant.                :
                                                   :
-------------------------------------------------- X
```

**RONNIE ABRAMS, District Judge:**

In light of Gurjeet Singh's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) until March 30, 2022, *nunc pro tunc.*

**SO ORDERED.**

Dated:   October 5, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge