```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :    19-CR00411-RA2

    -against-                      :    ORDER
                                   :
Gurjeet Singh
                                   :
Defendant
                                   :
-----------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to

include the following condition:

  1. Mental health treatment as directed


Dated: March 11,2022
New York, New York

                        SO ORDERED:


                        _____
                        Sarah Netburn
                        United States Magistrate Judge