```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :        NOLLE PROSEQUI

           -v.-                 :        19 Cr. 411 (RA)

GURJEET SINGH,                  :

           Defendant.           :

- - - - - - - - - - - - - - - - x
```

1. The filing of this nolle prosequi will dispose of this case with respect to GURJEET SINGH, the defendant.

2. On or about June 4, 2019, Indictment 19 Cr. 411 (ALC) was filed, charging GURJEET SINGH, the defendant, with (i) conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349; (ii) aggravated identity theft, in violation of Title 18, United States Code, Section 1028, and (iii) conspiracy to access a protected computer in violation of Title 18, United States Code, Section 371.

3. On June 2, 2020, GURJEET SINGH, the defendant, enrolled in the Young Adult Opportunity Program. On June 1, 2021, the defendant successfully completed the Young Adult Opportunity Program. On January 4, 2022, the defendant began a one-year deferred prosecution program that required him to make certain restitution payments. In or about February 2022, the defendant fulfilled his restitution obligation, and the

Government has concluded that further prosecution of SINGH would not be in the interests of justice.

    4.   In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to GURJEET SINGH, the defendant, with respect to Indictment 19 Cr. 411.

                                      _____
                                      Ryan B. Finkel
                                      Assistant United States Attorney
                                      (212) 637-6612

Dated:   New York, New York
          July 8, 2022

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to GURJEET SINGH, the defendant, with respect to Indictment 19 Cr. 411.

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:   New York, New York
         July 26, 2022


SO ORDERED:

_____
THE HONORABLE RONNIE ABRAMS
United States District Judge
Southern District of New York

Dated:   New York, New York
         August 3, 2022