UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

**GURJEET SINGH,**

        **Defendant.**

-------------------------------------------------------------X

19-CR-00411 (RA)-2

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A hearing is scheduled in this case for Thursday, August 25, 2022, at 1:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 4, 2022
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022